**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 26-cv-04692<br><br>**Judge Manish S. Shah** |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff Christian Dior Couture, S.A.'s ("Plaintiff" or "Dior") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases").

This Court further finds, on a preliminary basis, that Defendants have sold products using infringing and counterfeit versions of the CHRISTIAN DIOR Trademarks to residents of Illinois. A list of the CHRISTIAN DIOR Trademarks is included in the chart below.

| REGISTRATION NUMBER | REGISTERED TRADEMARK |
|---|---|
| 543,994<br>580,207<br>954,404 | CHRISTIAN DIOR |
| 1,123,944 | CD |

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

| REGISTRATION NUMBER | REGISTERED TRADEMARK |
|---|---|
| 1,776,536 |  |
| 1,872,313 |  |
| 1,923,564 | Dior |
| 2,240,163 |  |
| 3,561,323 | Dior |
| 2,749,176 | Dior |
| 5,505,434 | J'ADIOR |

| REGISTRATION NUMBER | REGISTERED TRADEMARK |
|---|---|
| 3,002,132 | |
| 2,790,589 | |
| 4,541,171 | |
| 4,853,081 | |
| 1,816,812 | Christian Dior |
| 1,848,630 | DIOR |

This Court also finds that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for Entry of a Temporary Restraining Order establishes that Plaintiff has demonstrated a likelihood of success

on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has proved a *prima facie* case of trademark infringement because (1) the CHRISTIAN DIOR Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use the CHRISTIAN DIOR Trademarks, and (3) Defendants' use of the CHRISTIAN DIOR Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the CHRISTIAN DIOR Trademarks irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and other persons acting in active concert or participation with them be preliminarily enjoined and restrained from:

   a. using the CHRISTIAN DIOR Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Dior product or not authorized by Plaintiff to be sold in connection with the CHRISTIAN DIOR Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Dior product or any other product produced by Plaintiff, that is not Plaintiff's or not

produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the CHRISTIAN DIOR Trademarks;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the CHRISTIAN DIOR Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Plaintiff's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Online Marketplaces, including, without limitation, any online marketplace platforms such as PayPal, Inc. ("PayPal"), Amazon.com, Inc. ("Amazon"), eBay, Inc. ("eBay"), WhaleCo Inc. ("Temu"), and ByteDance Ltd., TikTok Ltd., TikTok Inc., and TikTok LLC (collectively "TikTok") (collectively, the "Third Party Providers") shall, within seven (7) calendar days after receipt of such notice, provide to Plaintiff expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to disclose:

a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Amazon, eBay, Temu, TikTok, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3. Upon Plaintiff's request, those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the CHRISTIAN DIOR Trademarks.

4. Any Third Party Providers, including PayPal, Amazon, eBay, Temu, and TikTok, shall within seven (7) calendar days of receipt of this Order:

a. locate all accounts and funds connected to Defendants and the Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits to

the Declaration of Nicolas Lambert, and any e-mail addresses provided for Defendants by third parties; and

b. restrain and enjoin any such accounts or funds from transferring or disposing of any of Defendants' assets traceable to the proceeds of sales of products using the CHRISTIAN DIOR Trademarks, until further ordered by this Court, or the expiration of this Order, whichever is earlier. Upon a showing that restrained assets are not attributable to the sale of products using the CHRISTIAN DIOR Trademarks, the Court will modify the asset restraint.

5. Plaintiff is authorized to issue expedited written discovery, pursuant to the Federal Rules of Civil Procedure 33, 34 and 36, related to:

a. the identities and locations of Defendants, their affiliates, officers, agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses; and

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces.

Plaintiff is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within seven (7) calendar days of being served via e-mail.

6. Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and by sending an e-mail with an attachment of the relevant documents and a link to said website to an e-mail address for each Defendant. The Clerk of the Court is directed to issue a single original summons in the name of "jintingstore and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Schedule A to the Complaint [2], Exhibit 2 to the Complaint [3], Seller Aliases screenshots attached to the Declaration of Nicolas Lambert [18] and the TRO [25] are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.

9. The fifty thousand dollar ($50,000) bond posted by Plaintiff shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

Date: June 2, 2026

Manish S. Shah
United States District Judge

**Christian Dior Couture, S.A. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 26-cv-04692**

# Schedule A

**Defendant Online Marketplaces**

| No | URL | Name / Seller Alias |
|---|---|---|
| 1 | amazon.com/sp?seller=A1ED8YNM597I3L | jintingstore |
| 2 | amazon.com/sp?seller=A1YVELIGWEGXG | Ju Chuang |
| 3 | amazon.com/sp?seller=A1VKC5N9QSEQYZ | KTSM Mall--US |
| 4 | amazon.com/sp?seller=ACR90VDM76LDZ | landufuzhuang |
| 5 | amazon.com/sp?seller=A1M5TD17HJZ0WW | MCZTO |
| 6 | DISMISSED | DISMISSED |
| 7 | amazon.com/sp?seller=A20LSUWFZTJMR1 | RR-T-FZD-SHOP |
| 8 | amazon.com/sp?seller=AAVRGU5NP8C6C | saizhushangmaodian |
| 9 | amazon.com/sp?seller=A20VSYZAVFP5IM | SXTYDZSMB |
| 10 | amazon.com/sp?seller=ANL06TVWXIOPU | tongqiancaostore |
| 11 | amazon.com/sp?seller=A2E97PNJMFAAMW | Trader hou's |
| 12 | amazon.com/sp?seller=A3OYX3CLGNYNHO | ttzhongfu |
| 13 | amazon.com/sp?seller=A33LVTWOCWLR8J | weizhijia |
| 14 | amazon.com/sp?seller=A211QNOEM2QV8F | wlj Mall |
| 15 | amazon.com/sp?seller=A375LH0O9ABXTL | wwwjiwenwen |
| 16 | amazon.com/sp?seller=A3BSDYO126FUO6 | ZhengZhouFangJiWangLuoKeJiYouXianGongSi |
| 17 | ebay.com/usr/huayingxin0 | electronigadget0 |
| 18 | instagram.com/kayfashion.bag/?hl=en | kayfashion.bag |
| 19 | instagram.com/kellycatsu_specialty/?hl=en | kellycatsu_specialty |
| 20 | instagram.com/kicks_supplier_hub4/?hl=en | kicks_supplier_hub4 |
| 21 | instagram.com/leozz663/?hl=en | leozz663 |
| 22 | instagram.com/limonlu_kolonya31/ | limonlu_kolonya31 |
| 23 | instagram.com/linnuan39/ | linnuan39 |
| 24 | instagram.com/luxrystock/?hl=en | luxrystock |
| 25 | instagram.com/lzq114196/?hl=en | lzq114196 |
| 26 | instagram.com/s.hamiltoz/?hl=en | s.hamiltoz |
| 27 | instagram.com/tracyglobal777/?hl=en | tracyglobal777 |
| 28 | instagram.com/usereshaayyy_bah/?hl=en | usereshaayyy_bah |
| 29 | instagram.com/xing52060/?hl=en | xing52060 |
| 30 | instagram.com/zhengzaishuang16888/?hl=en | zhengzaishuang16888 |
| 31 | temu.com/mall.html?mall_id=634418228179168 | OOTCDX |
| 32 | tiktok.com/@kina68216?lang=en | kina68216 |

| | | |
|---|---|---|
| 33 | tiktok.com/@lisabags1?lang=en | lisabags1 |
| 34 | tiktok.com/@luna7218gnc?lang=en | luna7218gnc |
| 35 | tiktok.com/@luxuryshoes90 | luxuryshoes90 |
| 36 | tiktok.com/@maxmax16145?lang=en | maxmax16145 |
| 37 | tiktok.com/@opqtpjhml2?lang=en | opqtpjhml2 |
| 38 | tiktok.com/@super.wings66?lang=en | super.wings66 |
| 39 | tiktok.com/@yuanbingbags?lang=en | yuanbingbags |
| 40 | tiktok.com/shop/store/novelty-shop/7496166500898277543?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | Novelty shop |
| 41 | tiktok.com/shop/store/youmei-hair-tie/8652615291134906460?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | YOUMEI hair tie |
| 42 | 5thedit.com | 5thedit.com |
| 43 | arialuxebag.com | arialuxebag.com |
| 44 | glamecart.com | glamecart.com |
| 45 | hpass168.online | hpass168.online |
| 46 | louisluxury.vip | louisluxury.vip |
| 47 | moneybuy.cc | moneybuy.cc |
| 48 | oldbm.com | oldbm.com |
| 49 | pengkicks.com | pengkicks.com |
| 50 | promokicks.com | promokicks.com |
| 51 | repdesignerbag.com | repdesignerbag.com |
| 52 | rucykick.cn | rucykick.cn |
| 53 | shopbagly.com | shopbagly.com |
| 54 | fakekings.x.yupoo.com/albums | fakekings |
| 55 | huanghaoyang.x.yupoo.com/albums | huanghaoyang |
| 56 | juebin890830.x.yupoo.com/albums | juebin890830 |
| 57 | luxuryreps-bag.x.yupoo.com/albums | luxuryreps-bag |
| 58 | maipi.x.yupoo.com/albums | maipi |
| 59 | msyyp.x.yupoo.com/albums | msyyp |
| 60 | nulixieye.x.yupoo.com/albums | nulixieye |
| 61 | yunnan0594.x.yupoo.com/albums | yunnan0594 |