**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A.,<br><br>Plaintiff,<br><br>v.<br><br>JINTINGSTORE, et al.,<br><br>Defendants. | Case No. 26-cv-04692<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Maria Valdez** |

**Declaration of Jennifer V. Nacht**

I, Jennifer V. Nacht, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the United States District Court for the Northern District of Illinois. I am one of the attorneys for Christian Dior Couture, S.A. ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. eBay indicated that Defendant electronigadget0 (Def. No. 17) is based in Hong Kong. PayPal provided an address in Hong Kong for Defendant electronigadget0 (Def. No. 17).

3. Instagram indicated that Defendants linnuan39 (Def. No. 23), luxrystock (Def No. 24), and s.hamiltoz (Def. No. 26) are based in China. Attached hereto as **Exhibit 1** are true and correct excerpts of screenshots of evidencing Defendant linnuan39 (Def. No. 23), luxrystock (Def No. 24), and s.hamiltoz's (Def. No. 26) infringing activity, an excerpt of which was filed as Exhibit 2 to the Complaint [1].

4. PayPal provided an address in the United States for Defendants linnuan39 (Def. No. 23), luxrystock (Def No. 24), and s.hamiltoz (Def. No. 26).

5. I, or someone under my direction, investigated the United States addresses for Defendants linnuan39 (Def. No. 23), luxrystock (Def No. 24), and s.hamiltoz (Def. No. 26).

6. Our investigation consisted of completing searches using the Defaulting Defendants' provided Seller Alias, address, and business name (if available) through a variety of search engines and platforms as further described below.

7. Our first step was to search the provided addresses. I, or someone under my direction, searched each Defendants' provided address in Google and Google Maps.

8. Our next step was to determine whether there was an indication that Defaulting Defendant is available for service at the address provided. This process included reviewing whether the Google and Google Maps search results listed Defendants' Seller Alias or business entities as associated with that address.

9. Then, I, or somebody under my direction, would search the relevant business entity database, such as the applicable Secretary of State website, for each of the Defendants' Seller Alias or business entity names (if available).

10. Based on our investigation, we determined that the United States addresses for Defendants linnuan39 (Def. No. 23), luxrystock (Def No. 24), and s.hamiltoz (Def. No. 26) either could not be located or there was no identifiable business associated with the Defendants located at the addresses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 19th day of August 2026 at Chicago, Illinois.

/s/ Jennifer V. Nacht
Jennifer V. Nacht
*Counsel for Plaintiff Christian Dior Couture, S.A.*