# Exhibit 1

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 1 | jintingstore | amazon.com/sp?seller=A1ED8YNM597I3L | Business Name:<br>changshajintingmaoyiyouxiangongsi<br>Business Address:<br>桂东县沤江镇秋里村老屋组附<br>21号<br>郴州市<br>湖南<br>423504<br>CN | | There is nothing showing Defendant is at the provided address. |
| 3 | KTSM Mall--US | amazon.com/sp?seller=A1VKC5N9QSEQYZ | Business Name:<br>zhengzhoukuotuishangmaoyouxiangongsi<br>Business Address:<br>航空港区<br>华夏大道展翔路29号科创中心B区项目C4栋2楼2023-117 郑州市 河南 451162 CN | 郑州阔推商贸有限公司<br>河南省郑州市航空港区华夏大道展翔路29号科创中心B区项目C4栋2楼2023-117 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 4 | landufuzhuang | amazon.com/sp?seller=ACR90VDM76LDZ | Business Name:<br>xianningshilandufuzhuangyouxiangongsi<br>Business Address:<br>拱墅区<br>兴和公寓15-2-501<br>杭州市<br>浙江省<br>310000<br>CN | | There is nothing showing Defendant is at the provided address. |
| 7 | RR-T-FZD-SHOP | amazon.com/sp?seller=A20LSUWFZTJMR1 | Business Name:<br>YuLinShiYuYangQuGaoRongRongFuZhuangDian<br>Business Address:<br>榆阳区新建北路<br>60号<br>榆林市<br>陕西<br>719000<br>CN | 榆林市榆阳区高溶溶服装商店(个人独资企业)<br>陕西省榆林市榆阳区新建北路60号 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 8 | saizhushangmaodian | amazon.com/sp?seller=AAVRGU5NP8C6C | Business Name:<br>HeBeiSaiZhuShangMaoYouXianGongSi<br>Business Address:<br>裕华区东岗路62号<br>神兴小区18-3-304<br>石家庄市<br>河北省<br>050000<br>CN | 河北赛著商贸有限公司<br>河北省石家庄市裕华区东岗路62号神兴小区18-3-304 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 10 | tongqiancaostore | amazon.com/sp?seller=ANL06TVWXIOPU | Business Name:<br>changshatongqiancaoshangmaoyouxiangongsi<br>Business Address:<br>望城区靖港镇众兴社区靖格路1号便民服务中心大楼<br>682号<br>长沙市<br>湖南省<br>410218<br>CN | 长沙铜钱草商贸有限公司<br>湖南省长沙市望城区靖港镇众兴社区靖格路1号便民服务中心大楼682号 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 11 | Trader hou's | amazon.com/sp?seller=A2E97PNJMFAAMW | Business Name:<br>shijiazhuangshuoshushangmaoyouxiangongsi<br>Business Address:<br>建通街道158河北商会A2210<br>石家庄市<br>中国<br>050021<br>CN | 石家庄硕鼠商贸有限公司<br>河北省石家庄市裕华区建通街158号A座2210室 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 12 | ttzhongfu | amazon.com/sp?seller=A3OYX3CLGNYNHO | Business Name:<br>luoyangshimengjinquxiutengshangmaoyouxiangongsi<br>Business Address:<br>孟津区<br>康乐街道纬一路1号五楼506室-00241<br>洛阳市<br>河南<br>471100<br>CN | 洛阳市孟津区修腾商贸有限公司<br>河南省洛阳市孟津区康乐街道纬一路1号五楼506室-00241 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 13 | weizhijia | amazon.com/sp?seller=A33LVTWOCWLR8J | Business Name:<br>guangzhouweizhijiaguojimaoyiyouxiangongsi<br>Business Address:<br>天河区汇彩路450号/454号<br>201房Q483<br>广州市<br>广东<br>510630<br>CN | 广州维致佳国际贸易有限公司<br>广州市天河区汇彩路450号、454号201房Q483 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 14 | wlj Mall | amazon.com/sp?seller=A211QNOEM2QV8F | Business Name:<br>yingkouxingqidianzishangmaoyouxiangongsi<br>Business Address:<br>辽宁省营口市鲅鱼圈区号房村华晟小区C6号1-24-3<br>营口市<br>辽宁<br>115007<br>CN | 营口星启电子商贸有限公司<br>辽宁省营口市鲅鱼圈区华晟小区C区6号楼一单元2403 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 15 | wwwjiwenwen | amazon.com/sp?seller=A375LH0O9ABXTL | Business Name:<br>fujianzhangzhoushijiruilaishipinyouxiangongsi<br>Business Address:<br>旧镇镇<br>甘林村坑仔埔176号301室<br>漳浦县<br>福建<br>363200<br>CN | 福建漳州市吉瑞来食品有限公司<br>福建省漳浦县旧镇镇甘林村坑仔埔176号301室 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 16 | ZhengZhouFangJiWangLuoKeJiYouXianGongSi | amazon.com/sp?seller=A3BSDYO126FUO6 | Business Name:<br>ZhengZhouFangJiWangLuoKeJiYouXianGongSi<br>Business Address:<br>SongLingDongLu128HaoSongLingHuaFu8HaoLou2DanYuan201Hao<br>ZIBOSHI<br>SHANDONGSHENG<br>225000 | | There is nothing showing Defendant is at the provided address. |
| 18 | kayfashion.bag | instagram.com/kayfashion.bag/?hl=en | 恒仁路200号上海体育大学, 杨浦区, 上海, 200000, C2 | | There is nothing showing Defendant is at the provided |
| 19 | kellycatsu_specialty | instagram.com/kellycatsu_specialty/?hl=en | 荔城区镇海街道东大路782弄4号1梯, 莆田市, 福建, 351100, C2 | | There is nothing showing Defendant is at the provided |
| 20 | kicks_supplier_hub4 | instagram.com/kicks_supplier_hub4/?hl=en | 泉港, 泉州, 福建, 361000, C2 | | The address is incomplete and there is nothing showing Defendant is at the provided |
| 21 | leozz663 | instagram.com/leozz663/?hl=en | 福建省漳州市龙文区朝阳镇书厅村韵达快递, 漳州市, CN14, 350603, CN | | There is nothing showing Defendant is at the provided |
| 22 | limonlu_kolonya31 | instagram.com/limonlu_kolonya31/ | 秀屿区南日镇, 莆田市, 福建, 351174, C2 | | The address is incomplete and there is nothing showing Defendant is at the provided |
| 24 | luxrystock | instagram.com/luxrystock/?hl=en | 潮南区仙城镇深溪乐安八巷2号2房, 汕头市, 广东, 510000, C2 | | There is nothing showing Defendant is at the provided |
| 25 | lzq114196 | instagram.com/lzq114196/?hl=en | 莆田市城厢区荔城中大道1805号禾源居公寓602, 莆田, 福建, 351100, C2 | | There is nothing showing Defendant is at the provided |
| 27 | tracyglobal777 | instagram.com/tracyglobal777/?hl=en | 涵江区三江口镇美尾村新村自然村113号, 莆田, 福建, 351111, C2 | | There is nothing showing Defendant is at the provided |
| 28 | usereshaayyy_bah | instagram.com/usereshaayyy_bah/?hl=en | 荔城区黄石镇沙坂村金墩70号, 莆田, 福建, 351100, C2 | | There is nothing showing Defendant is at the provided |
| 29 | xing52060 | instagram.com/xing52060/?hl=en | 象湖镇遵义路659号, 瑞金, 江西, 342500, C2 | | There is nothing showing Defendant is at the provided |
| 30 | zhengzaishuang16888 | instagram.com/zhengzaishuang16888/?hl=en | 东浮, 厦门, 福建, 361000, C2 | | The address is incomplete and there is nothing showing Defendant is at the provided |
| 31 | OOTCDX | temu.com/mall.html?mall_id=634418228179168 | Business Name<br><br>Guangzhoujingxiangkuajingdianshang Co., Ltd.<br><br>Address<br><br>Room 303, No. 12 Guan Hong Road, Huangpu District, Guangzhou<br>Huangpu District<br>510700<br>Guangdong Province, Guangzhou City<br>China | | There is nothing showing Defendant is at the provided address. |
| 32 | kina68216 | tiktok.com/@kina68216?lang=en | 白云区, 广州, 广东, 510000, C2 | | The address is incomplete and there is nothing showing Defendant is at the provided |
| 33 | lisabags1 | tiktok.com/@lisabags1?lang=en | 广东省湛江市雷州市松竹掩楼台, 雷州市, 广东, 524200, C2 | | There is nothing showing Defendant is at the provided |
| 34 | luna7218gnc | tiktok.com/@luna7218gnc?lang=en | 河南省商丘市永城市, 商丘市, 河南, 476600, C2 | | The address is incomplete and there is nothing showing Defendant is at the provided |
| 35 | luxuryshoes90 | tiktok.com/@luxuryshoes90 | 天心区中意一路160号, 长沙市, 湖南, 410000, C2 | | There is nothing showing Defendant is at the provided |
| 36 | maxmax16145 | tiktok.com/@maxmax16145?lang=en | Business Name:<br>上海峰意达国际贸易有限公司<br>Business Address:<br>上海市宝山区长逸路188号1幢10层, 上海, 上海, 210000, C2 | 上海峰意达国际贸易有限公司<br>上海市宝山区长逸路188号1幢10层 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 37 | opqtpjhml2 | tiktok.com/@opqtpjhml2?lang=en | 1002房, 广州市白云区梓元岗135号, 广东, 510405, C2 | | There is nothing showing Defendant is at the provided |
| 38 | super.wings66 | tiktok.com/@super.wings66?lang=en | 荔城区拱辰街道三潭小区, 莆田市, 福建, 351100, C2 | | There is nothing showing Defendant is at the provided |
| 39 | yuanbingbags | tiktok.com/@yuanbingbags?lang=en | 湖里区高林一里46栋, 厦门市, 福建, 361000, C2 | | There is nothing showing Defendant is at the provided |

| No. | Seller Alias | StoreURL | Address | Possible associate Chinese Business Name/Address through Qichacha | Investigation Results |
|---|---|---|---|---|---|
| 40 | Novelty shop | tiktok.com/shop/store/novelty-shop/7496166500898277543?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | china guangxi guigang gangbei 金港大道西段南侧聚富小区(韦志琼房屋) | | There is nothing showing Defendant is at the provided address. |
| 41 | YOUMEI hair tie | tiktok.com/shop/store/youmei-hair-tie/8652615291134906460?source=product_detail&enter_method=product_info_right_shop&first_entrance_tt_scene=share | 中华人民共和国 广东省 汕头<br>汕头市潮阳区海门镇东门大街28号 （自主承诺申报 ） | | There is nothing showing Defendant is at the provided address. |
| 42 | 5thedit.com | 5thedit.com | Business Name:<br>宁夏蓝蛙电子商务有限公司<br>Business Address:<br>IBI育成中心14-5-502-1, 银川, Ningxia, 750001, C2 | 宁夏蓝蛙电子商务有限公司<br>宁夏回族自治区银川市金凤区宁安大街561号华府万和城3-1-1801室 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 43 | arialuxebag.com | arialuxebag.com | Business Name:<br>深圳市宝安区莫瑞营销策划工作室<br>Business Address:<br>广东省深圳市光明区峰荟花园, 深圳, null, 518000, CN | 深圳市宝安区莫瑞营销策划工作室<br>深圳市宝安区福永街道聚福社区聚福园二巷11号104 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 46 | louisluxury.vip | louisluxury.vip | Business Name:<br>仙游县盖尾镇陈纪百货零售超市（个体工商户）<br>Business Address:<br>盖尾镇芹林村南山65-1号, 莆田 仙游, 福建, 351252, C2 | 仙游县盖尾镇陈纪百货零售超市(个体工商户)<br>福建省仙游县盖尾镇芹林村南山65-1号 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 46 | louisluxury.vip | louisluxury.vip | 北湖区香花路30号华宁花园24栋302房, 郴州, 湖南, 423099, C2 | | There is nothing showing Defendant is at the provided |
| 47 | moneybuy.cc | moneybuy.cc | Jimei District, Xiamen City, FUJIAN, 361022, CN | | The address is incomplete and there is nothing showing Defendant is at the provided |
| 48 | oldbm.com | oldbm.com | 澄海区凤翔街道, 汕头, 广东, 000000, C2 | | There is nothing showing Defendant is at the provided |
| 49 | pengkicks.com | pengkicks.com | 荔城区黄石镇徐厝村东甲庙132-2号, 莆田市, 福建, 351144, C2 | | There is nothing showing Defendant is at the provided |
| 49 | pengkicks.com | pengkicks.com | 荔城区黄石镇, 莆田市, 福建, 351100, C2 | | The address is incomplete and there is nothing showing Defendant is at the provided |
| 50 | promokicks.com | promokicks.com | 惠安县辋川镇许厝村赵炉, 泉州, 福建, 362100, C2 | | There is nothing showing Defendant is at the provided |
| 50 | promokicks.com | promokicks.com | 福建省惠安县辋川镇许埭村下埭431号, 泉州市, 福建, 362000, C2 | | There is nothing showing Defendant is at the provided |
| 51 | repdesignerbag.com | repdesignerbag.com | 纪家镇, 雷州市, 广东, 524266, C2 | | The address is incomplete and there is nothing showing Defendant is at the provided |
| 51 | repdesignerbag.com | repdesignerbag.com | 白云区, 广州市, 广东, 510000, C2 | | The address is incomplete and there is nothing showing Defendant is at the provided |
| 52 | rucykick.cn | rucykick.cn | 枣阳市熊集镇卢岗村5组, 枣阳市, 湖北, 441212, C2 | | There is nothing showing Defendant is at the provided |
| 52 | rucykick.cn | rucykick.cn | 湖南省隆回县金石桥镇龙口村10组33号, 隆回县, 湖南, 422208, C2 | | There is nothing showing Defendant is at the provided |
| 53 | shopbagly.com | shopbagly.com | Business Name:<br>深圳市新华发贸易有限公司<br>Business Address:<br>回龙埔社区, 深圳市, 广东, 518100, C2 | 深圳市新华发贸易有限公司<br>深圳市龙岗区龙城街道回龙埔社区恒明湾创汇中心1栋AB座2002B | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 53 | shopbagly.com | shopbagly.com | Business Name:<br>广州闵御贸易有限公司<br>Business Address:<br>3号嘉丰大厦, 广州市 白云区<br>嘉禾街望岗大马路, 广东, 510440, C2 | 广州闵御贸易有限公司<br>广州市白云区金易街6号岭南V谷工业设计创意园自编7栋207房B471 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 53 | shopbagly.com | shopbagly.com | Business Name:<br>深圳市经臣商贸传媒有限公司<br>Business Address:<br>龙岗区, 深圳市, 广东省, 518100, C2 | 深圳市经臣商贸传媒有限公司<br>深圳市龙华区龙华街道松和社区龙华大道3698号泽华大厦1011 | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 54 | fakekings | fakekings.x.yupoo.com/albums | 崇武镇大岞村大岞1410号, 惠安县, Fujian, 362131, C2 | | There is nothing showing Defendant is at the provided |
| 55 | huanghaoyang | huanghaoyang.x.yupoo.com/albums | 福建省莆田市, 莆田市, 福建, 351168, C2 | | The address is incomplete and there is nothing showing Defendant is at the provided |
| 56 | juebin890830 | juebin890830.x.yupoo.com/albums | Business Name:<br>重庆耿舟贸易有限公司<br>Business Address:<br>江西省上饶市弋阳县弋江<br>镇肥塘岗51栋330号, 上饶市, JIANGXI, 334000, C2 | 重庆耿舟贸易有限公司<br>重庆市九龙坡区科园一路210号13-8号 （自主承诺 ） | There is nothing showing Defendant is at the provided address and the Chinese address we've found. |
| 57 | luxuryreps-bag | luxuryreps-bag.x.yupoo.com/albums | 白云区大院街道容贤路19号, 广州市, 广东, 510000, C2 | | There is nothing showing Defendant is at the provided |
| 58 | maipi | maipi.x.yupoo.com/albums | 白云区嘉禾望岗, 广州, 广东, 510000, C2 | | The address is incomplete and there is nothing showing Defendant is at the provided |
| 59 | msyyp | msyyp.x.yupoo.com/albums | 潮南区胪岗镇上厝和惠公路上厝路段向东楼64号, 汕头市, 广东, 510000, C2 | | There is nothing showing Defendant is at the provided |
| 60 | nulixieye | nulixieye.x.yupoo.com/albums | 泉港区涂岭镇溪西村涵仔33号, 泉州, 福建, 362100, C2 | | There is nothing showing Defendant is at the provided |
| 61 | yunnan0594 | yunnan0594.x.yupoo.com/albums | 泉港区涂岭镇五社村八担36号, 泉州市, 福建, 362100, C2 | | There is nothing showing Defendant is at the provided |