**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A., | |
| Plaintiff, | Case No. 26-cv-04692 |
| v. | **Judge Manish S. Shah** |
| JINTINGSTORE, et al., | **Magistrate Judge Maria Valdez** |
| Defendants. | |

**STATUS REPORT PER [44]**

Pursuant to this Court's Order [44], Plaintiff Christian Dior Couture, S.A. ("Plaintiff") submits the following status report.

Plaintiff has concurrently filed its Motion for Entry of Default and Default Judgment against all Defendants remaining in this case [46]. Entry of an Order granting Plaintiff's Motion [46] will resolve the case in its entirety.

Dated this 19th day of August 2026.

Respectfully submitted,

/s/ Jennifer V. Nacht

Amy C. Ziegler
Justin R. Gaudio
Jennifer V. Nacht
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jnacht@gbc.law
habes@gbc.law

*Counsel for Plaintiff Christian Dior Couture, S.A.*